**Troy GOODMAN, Plaintiff–Appellant,**

v.

**Brian A. ABRAHAM, Prosecuting Attorney; Supreme Court of Appeals of West Virginia, Defendants–Appellees.**

No. 03–6415.

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 28, 2003.

Troy Goodman, Appellant Pro Se.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Troy Goodman appeals the district court's order accepting the report and recommendation of a magistrate judge and denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Goodman v. Abraham,* No. CA–02–1370–2 (S.D.W.Va. Mar. 4, 2003). We grant Goodman leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*